**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF UTAH

Case number *(if known)* _____   Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Quinn's Junction Properties, LC.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **Park City Film Studios**<br>**Utah Virtual Stage** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-3433390** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4001 Kearns Blvd.**<br>**Park City, UT 84060**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Summit**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify: _____

Debtor   **Quinn's Junction Properties, LC.**                                    Case number (*if known*) _____
          Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

_____

**8.  Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | Relationship to you |
|---|---|---|---|
| | _____ | | _____ |
| | District _____ | When _____ | Case number, if known _____ |

Debtor   **Quinn's Junction Properties, LC.**   Case number *(if known)* _____
_____
Name

---

**11. Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,000 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    Quinn's Junction Properties, LC.    Case number (*If known*) _____
                    Name

---

**Request for Relief, Declaration, and Signature** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 23, 2016**
                MM / DD / YYYY

**X** /s/ Michael Martin                              **Michael Martin**
Signature of authorized representative of debtor      Printed name

Title    **Chief Restructuring Officer**

---

**18. Signature of attorney**

**X** /s/ George B. Hofmann                Date    **May 23, 2016**
Signature of attorney for debtor                   MM / DD / YYYY

**George B. Hofmann**
Printed name

**Cohne Kinghorn, P.C.**
Firm name

**111 E. Broadway, 11th Floor**
**Salt Lake City, UT 84111**
Number, Street, City, State & ZIP Code

Contact phone    **801-363-4300**        Email address _____

**10005**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name  **Quinn's Junction Properties, LC.**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 23, 2016          X /s/ Michael Martin
                                    Signature of individual signing on behalf of debtor

                                    Michael Martin   MICHAEL MARTIN
                                    Printed name

                                    Chief Restructuring Officer
                                    Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

Salt Lake City, Utah
May 23, 2016

## CONSENT OF THE MEMBERS OF
## QUINN'S JUNCTION PROPERTIES, LLC

The undersigned, being the members of Quinn's Junction Properties, LLC, a Utah limited liability company (the "Company"), the Board of Managers of the Company, and the General Manager of the Company, do hereby approve, consent to, confirm, ratify, and adopt the following actions being undertaken on behalf of the Company.

## RECITALS

The members, Board of Managers, and General Manager believe that it is in the best interest of the Company to evaluate restructuring options and to vest Quinn's Junction Properties, LLC with all rights, powers, and authority necessary and appropriate for restructuring the Company including, but not limited to, filing a petition for relief under Chapter 11 of the Bankruptcy Code, if Quinn's Junction Properties, LLC deems it appropriate; and

The members, Board of Managers, and General Manager believe it is in the best interest of the Company to engage such restructuring professionals as are necessary or appropriate to assist in the restructuring of the Company, and to approve and ratify the Company's engagement of Cohne Kinghorn, pc for that purpose.

## RESOLUTIONS AND ACTIONS

WHEREFORE, IT IS HEREBY RESOLVED AND RATIFIED that the Company will be managed by one General Manager, Gregory S. Ericksen (the "General Manager"), and that the Board of Managers shall consist of Gregory S. Ericksen and Michael Martin; and

IT IS HEREBY FURTHER RESOLVED that in accordance with the powers of the General Manager specified in the Company's Operating Agreement, the General Manager is authorized to execute and deliver any agreement in the name of the Company and to otherwise obligate the Company with respect to the business of the Company; and

IT IS HEREBY FURTHER RESOLVED that the General Manager of the Company is and was authorized to engage Cohne Kinghorn, pc as legal counsel to assist the Company for a possible bankruptcy filing, and to serve as the Company's general bankruptcy counsel in the event of a Chapter 11 filing; and

IT IS HEREBY FURTHER RESOLVED that the General Manager of the Company has by special appointment pursuant to article 8.1.2; 8.1.3, 8.4, or

{00280081.DOC / 2}                                    1

other applicable provisions of the "Second Amended Quinn's Junction Properties LC Operating Agreement," granted and empowered and delegated to Michael Martin, who is a member of the Board of Managers, all the power and authority as the Chief Restructuring Officer of the Company; such Chief Restructuring Officer is authorized and directed to sign and file on behalf of the Company a petition for relief under Chapter 11 of the United States Bankruptcy Code, as well as related papers that are necessary or appropriate in connection with the bankruptcy petition, under the supervision and control of the General Manager; and

IT IS HEREBY FURTHER RESOLVED AND RATIFIED that any and all past actions heretofore taken by the General Manager of the Company in the name of and on behalf of the Company in furtherance of any or all of the resolutions contained herein be, and the same hereby are, ratified, approved, and adopted; and

The authority and Special Appointment provided herein to Michael Martin by the General Manager under this Consent shall remain in effect until revoked by the General Manager and is provided to Michael Martin without power of substitution. This Consent shall be filed with the minutes of the proceedings of the Company and shall be effective as of the date first above written.

A facsimile of this Consent or of a signature of any party shall be effective as an original. This Consent may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. Each signatory signs in all relevant capacities.

MEMBERS:

QUINN'S JUNCTION PARTNERSHIP

By: MICHAEL MARTIN, as Investment Trustee of MM Trust dated December 24, 2008, a general partner of Quinn's Junction Partnership

GENERAL MANAGER:

GREG S. ERICKSEN

BOARD OF MANAGERS:

Greg S. Ericksen

Michael Martin

# United States Bankruptcy Court
### District of Utah

In re   Quinn's Junction Properties, LC. _____     Case No. _____

                                    Debtor(s)     Chapter    11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May 23, 2016** _____     /s/ Michael Martin _____
                                    **Michael Martin/Chief Restructuring Officer**
                                    Signer/Title

Bank of Utah
2605 Washington Blvd.
Ogden, UT 84401

Cooper Williams
136 South Main Street, Ste A300
Salt Lake City, UT 84101

Denise Ericksen
1065 Sout 500 West
Bountiful, UT 84011

Greg Ericksen
1065 South 500 West
Bountiful, UT 84011

Greg S. Ericksen Law Offices
1065 South 500 West, Suite 101
Bountiful, UT 84010-8198

IBI Group
10 Exchange Place, Ste 112
Salt Lake City, UT 84111

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Kirton & McConkie
ATTN: Accounts Receivable
PO Box 45120
Salt Lake City, UT 84145-0120

MM Trust
1065 South 500 West
Bountiful, UT 84011

Quinn Capital Partners, LLC
1779 Park Avenue, #145
Park City, UT 84060

Quinn Capital Partners, LLC
c/o Gary Crandall
12 Eagle Pointe Ct
Park City, UT 84060-6863

R3 Media
1065 South 500 West
Bountiful, UT 84010

Sahara, Inc.
aka Sahara, LLC
801 North 500 West, Ste 300
Bountiful, UT 84010

Utah State Tax Commission
Attn: Bankruptcy Unit
210 North 1950 West
Salt Lake City, UT 84134-3340

Western Capital Mortgage Services, LLC
5808 South Cove Creek Lane
Murray, UT 84107