**Fill in this information to identify the case:**

Debtor name    **Quinn's Junction Properties, LC.**

United States Bankruptcy Court for the:    **DISTRICT OF UTAH**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Quinn Capital Partners, LLC c/o Gary Crandall 12 Eagle Pointe Ct Park City, UT 84060-6863 | | | Unliquidated Disputed Subject to Setoff | | | $5,881,390.02 |
| Sahara, Inc. aka Sahara, LLC 801 North 500 West, Ste 300 Bountiful, UT 84010 | | | Unliquidated Disputed Subject to Setoff | | | $196,561.29 |
| Western Capital Mortgage Services, LLC 5808 South Cove Creek Lane Murray, UT 84107 | | | Disputed | | | $122,818.00 |
| Kirton & McConkie ATTN: Accounts Receivable PO Box 45120 Salt Lake City, UT 84145-0120 | | | | | | $23,450.65 |
| Cooper Williams 136 South Main Street, Ste A300 Salt Lake City, UT 84101 | | | | | | $19,800.00 |
| IBI Group 10 Exchange Place, Ste 112 Salt Lake City, UT 84111 | | | Disputed | | | $2,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy